No. 151. WARD BAKING CORP'N v. UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert N. Miller* and *Stuart Chevalier* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *McClure Kelley* for the United States.

No. 152. HUCKINS v. SMITH, TRUSTEE IN BANKRUPTCY. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank S. Quinn* for petitioner. *Mr. Will Steel* for respondent.

No. 153. UNITED STATES EX REL. AMERICAN SILVER PRODUCERS ASS'N ET AL. v. MELLON, SECRETARY OF THE TREASURY, ET AL. October 14, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Charles S. Thomas, J. Harry Covington, George K. Thomas,* and *Spencer Gordon* for petitioners. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. John T. Fowler, Jr.,* for respondents.

No. 154. AMERICAN SURETY CO. v. BLOUNT COUNTY BANK. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Douglas Arant* for petitioner. No appearance for respondent.

No. 155. SHICK v. GOODMAN, TRUSTEE. October 14, 1929. Petition for writ of certiorari to the Circuit Court